ARTURO J. GONZÁLEZ (BAR NO. 121490
WILLIAM F. TARANTINO (BAR NO. 215343)
ALEXANDRIA A. AMEZCUA (BAR NO. 247507
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415.268.7522

Attorneys for Defendant(s)
IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., IOVATE HEALTH RESEARCH, INC., IOVATE HC 2005 FORMULATIONS, LTD., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., HDM FORMULATIONS LTD., and GENERAL NUTRITION CENTERS, INC.

SPECIALLY APPEARING FOR IOVATE HEALTH SCIENCES GROUP INC., and KERR INVESTMENT HOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MANUEL ABARCA and DIANA CURIEL,<br><br>Plaintiffs,<br><br>v.<br><br>IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH SCIENCES GROUP, INC., IOVATE HEALTH RESEARCH, INC., IOVATE HC 2005 FORMULATIONS, LTD., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., HDM FORMULATIONS LTD., KERR INVESTMENT HOLDING CORPORATION and GENERAL NUTRITION CENTERS, INC.,<br><br>Defendants. | Case No. C09-03861 JCS ADR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**Judge: Hon. Joseph C. Spero** |

Pursuant to Civil Local Rules 6-1(a) of this Court, plaintiffs HECTOR MANUEL ABARCA and DIANA CURIEL, and defendants IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH RESEARCH INC., IOVATE HC 2005 FORMULATIONS LTD., HDM FORMULATIONS LTD., IOVATE HEALTH SCIENCES INTERNATIONAL INC., MUSCLETECH RESEARCH AND DEVELOPMENT INC., and GENERAL NUTRITION CENTERS, INC., (collectively "Defendants") hereby submit the following Stipulation to Extend Time to Respond to Complaint ("Stipulation"). Specially appearing for purposes of this Stipulation only, and expressly reserving their right to contest service and this Court's jurisdiction, IOVATE HEALTH SCIENCES GROUP INC. and KERR INVESTMENT HOLDING CORP. consent to the following Stipulation:

1. WHEREAS Defendants are presently due to answer or otherwise respond to the complaint on or about October 15, 2009; and

2. WHEREAS the parties have agreed that the Defendants may be afforded an additional thirty days in which to answer or otherwise respond to the complaint in this matter, and as the thirtieth day falls on a Saturday;

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that Defendants may answer or otherwise respond to the complaint in this matter on or before November 16, 2009.

Dated: October 7, 2009

ARTURO J. GONZÁLEZ
WILLIAM F. TARANTINO
ALEXANDRIA A. AMEZCUA
MORRISON & FOERSTER LLP

By: s/ Alexandria A. Amezcua
ALEXANDRIA A. AMEZCUA

Attorneys for Defendant(s)
IOVATE HEALTH SCIENCES U.S.A., INC., IOVATE HEALTH RESEARCH, INC., IOVATE HC 2005 FORMULATIONS, LTD., HDM FORMULATIONS LTD., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., and GENERAL NUTRITION CENTERS, INC.

Specially appearing for IOVATE HEALTH SCIENCES GROUP INC. and KERR INVESTMENT HOLDING CORP.

Dated: October 9, 2009

THOMAS V. GIRARDI
HOWARD MILLER
GIRARDI KEESE

By: ______________________
GRAHAM LIPPSMITH

Attorneys for Plaintiffs
HECTOR MANUEL ABARCA and DIANA CURIEL

Dated: 10/13/9

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

**Certificate of Service**

I hereby certify that on October 9, 2009, I served the foregoing:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Thomas V. Girardi
Howard Miller
Graham Lippsmith
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017

s/Alexandria A. Amezcua
Alexandria A. Amezcua
California Bar No. 247507
Attorney for Defendants
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6557
Fax: (415) 268-7522
Email: aamezcua@mofo.com