A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Nov 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 15, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
NOV - 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KAS DEPUTY

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION                              MDL No. 2087

(SEE ATTACHED SCHEDULE)

09 md 2087 -BTM (AJB)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 6, 2009, the Panel transferred 13 civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Barry Ted Moskowitz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Moskowitz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Barry Ted Moskowitz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 11/4/09
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION                                    MDL No. 2087

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 09-4529 | Sarah Kwon v. Iovate Health Sciences, U.S.A., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 09-3861 | Hector Manuel Abarca, et al. v. Iovate Health Sciences, U.S.A., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 09-1909 | Monique Cooper v. Iovate Health Sciences, Inc., et al. |
| GAN 1 09-2713 | James Christopher Thompson, et al. v. Iovate Health Sciences, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 09-6334 | Martin Robertson, et al. v. Iovate Health Sciences, Inc., et al. |
| NYS 1 09-6740 | Juan A. Noyola, II v. Iovate Health Sciences U.S.A., Inc., et al. |
| NYS 1 09-8630 | Richard A. Bough v. Kerr Investment Holding Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 3 09-1944 | Christopher Hamilton, et al. v. Iovate Health Sciences, U.S.A., Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 09-995 | Rhonda M. Hawkins v. Iovate Health Sciences, Inc., et al. |